IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00721-MSK-BNB

STEVEN A. ROWE,

Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 12, 2008**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 29, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00721-MSK-BNB

STEVEN A. ROWE,

Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

Defendant.

_____

**ORDER**

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 12, 2008**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 29, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge