IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00721-MSK-BNB

STEVEN A. ROWE,

      Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (**#19**) filed August 21, 2008. The Court having reviewed the foregoing:

ORDERS that the Motion is GRANTED. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 22nd day of August, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge